U.S. District Court
Wisconsin Eastern
NOV 17 2026
FILED
Clerk of Court

# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

Federal Division

| | |
|---|---|
| Waynette Elizabeth Davis<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br><br>-v-<br><br>Rogers Behavioral Health, (et al)<br>34700 Valley Road,<br>Oconomowoc, WI 53066<br><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. 26-C 2137<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ☑ Yes ☐ No |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Waynette Elizabeth Davis |
| Street Address | 1605 Fairmount Ave. (mailing: 2033 N. Gentry, Mesa, AZ 85213) |
| City and County | Shelton, Mason County |
| State and Zip Code | Washington State 98584 |
| Telephone Number | 360-547-3108 |
| E-mail Address | elp1@live.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Rogers Behavioral Health, Inc. Headquarters |
| Job or Title *(if known)* | |
| Street Address | 34700 Valley Road |
| City and County | Oconomowoc , WAUkesha |
| State and Zip Code | Wisconsin 53066 |
| Telephone Number | 262-646-4411 |
| E-mail Address *(if known)* | rogersbh.org |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

**C. Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Rogers Behavioral Health - Washington State - Seattle location |
| Street Address | 1215 114th Avenue Southeast |
| City and County | Bellevue King |
| State and Zip Code | WA 98004 |
| Telephone Number | 425-956-3900 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Other federal law *(specify the federal law)*:

Dual-fining

☑ Relevant state law *(specify, if known)*:

Dual-filing

☐ Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☑ Failure to hire me.
- ☐ Termination of my employment.
- ☑ Failure to promote me.
- ☑ Failure to accommodate my disability.
- ☑ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☑ Other acts *(specify)*: Interference of position by Gretchen Sullivan to include closure of

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

Beginning in the month of November of 2020.

C. I believe that defendant(s) *(check one)*:

- ☑ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☑ race Black woman
- ☐ color
- ☐ gender/sex
- ☐ religion
- ☐ national origin
- ☑ age *(year of birth)* 1965 *(only when asserting a claim of age discrimination.)*
- ☑ disability or perceived disability *(specify disability)*

High emotional stress & PCVS due to mandatory vaccin

E. The facts of my case are as follows. Attach additional pages if needed.

I was hired as a very skilled, experienced, and effective business development professional. I had a proven track record of opening new territories, developing territories, working with multi-level healthcare providers from Governors, MCOs, C-suite, Federal and State agencies, Hospital systems, Physicians, etc. Once I was exposed to some members of the WA state administration, I was treated as unable to complete basic duties without supervision.
The unwarranted treatment increased once the Executive staff in my department were either were promoted or left. The issues at the WA location escalated to a point were most BIPOC left the location. In my case, the stress and continued micromanaging continued until I was too ill to perform and was forced to take leave. Two of the last incidents included bringing up race in a training manual, and a HR

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

In October of 2022. I was informed WA state interviews were scheduled too far out for my claim, and referred to Wisconsin EEOC. The first interview was scheduled on 10/26/2022 for an interview on 04/24/2023.

B. The Equal Employment Opportunity Commission *(check one)*:

- ☐ has not issued a Notice of Right to Sue letter.
- ☐ issued a Notice of Right to Sue letter, which I received on *(date)* 08/18/2026 .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

- ☑ 60 days or more have elapsed.
- ☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The damages I am seeking are in excess of $500,000. I was subjected to discriminatory practices for most of my employment. The organization and Executive staff had the opportunity in at least three occasions to remove me from the discrimination and all of those positions were offered to white candidates with either similar or less experience. In one case, they were hired from outside the company with less than a third of my experience. I was eligible for an increase before my medical leave which would have increased my benefit. My immediate supervisor completed the evaluation. When I last applied, I was told I was not qualified for a same or lessor position. I have not attempted to file since 2024. I have no basis to believe it has changed.
I am seeking punitive and compensatory damages for the years I endured during and after my employment at Rogers Behavioral Health. My medical team including therapy cannot determine my fitness for the same or simila

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/16/2026

Signature of Plaintiff

Printed Name of Plaintiff Waynette Elizabeth Davis

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address